

# THE ATTORNEY GENERAL

## OF TEXAS

AUSTIN 11, TEXAS

PRICE DANIEL
ATTORNEY GENERAL

September 10, 1951

Hon. Parker Ellzey
County Attorney
Jim Wells County
Alice, Texas

Dear Sir:

Opinion No. V-1274

Re: Authority of the com-
    missioners' court to
    finance the construc-
    tion of a water works
    tower within the limits
    of an unincorporated
    town.

      Your request for an opinion relates to the authority of the Commissioners' Court of Jim Wells County to finance the construction of a water works tower within the limits of an unincorporated town, for the use of people within its vicinity. We have been unable to find any statute authorizing a county commissioners' court to finance the construction of a water works tower for the purpose of supplying water to private consumers. Article 2352, V.C.S., refers only to water works for "county purposes."

      The decisions of the Texas courts have repeatedly held that the commissioners' court is a court of limited jurisdiction and has only such powers as are conferred upon it, either by express terms or by necessary implication, by the statutes and Constitution of this State. Childress County v. State, 127 Tex. 343, 92 S.W. 2d 1011 (1936); Von Rosenberg v. Lovett, 173 S.W. 508 (Tex. Civ. App. 1915, error ref.); Roper v. Hall, 280 S.W. 289 (Tex. Civ. App. 1925); Art. 2351, V.C.S.; 11 Tex. Jur. 632, Counties, Sec. 95.

      Therefore, we agree with you that in the absence of specific statutory power, the Commissioners' Court of Jim Wells Count is not authorized to construct a water works tower within an unincorporated tow for the purposes of supplying water to its residents.

### SUMMARY

      Since there is no specific statutory authority for such action, the Commissioners' Court of Jim Wells County has no power to construct a water works tower within an un-

incorporated town for the purpose of
supplying water to its residents.

APPROVED:

J. C. Davis, Jr.
County Affairs Division

Jesse P. Luton, Jr.
Reviewing Assistant

Everett Hutchinson
Executive Assistant

BW:gs:awo

Yours very truly,

PRICE DANIEL
Attorney General

By Burnell Waldrep
Assistant